UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHALIN MORALES RAMIREZ )<br>GUSTABO FARFAN ) | Case No. 3:13-mj-04059<br><br>MAGISTRATE JUDGE BRYANT |

## MOTION TO DISMISS

Comes the United States of America, by and through Acting United States Attorney, David A. Rivera, and moves the Court to dismiss the complaint in this case against defendants Chalin Morales Ramirez and Gustabo Farfan, without prejudice.

Respectfully submitted,

DAVID A. RIVERA
ACTING UNITED STATES ATTORNEY

s/ **Harold B. McDonough**
HAROLD B. MCDONOUGH
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, TN  37203-3870
Phone: 615/736-5151

SO ORDERED:

_____
John Bryant
U.S. Magistrate Judge

Date: June 14, 2013